**Order entered April 8, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00776-CV

## IN THE INTEREST OF O.J.O. AND E.J.O., CHILDREN

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-16-23995

### ORDER

Before the Court is appellant's April 6, 2020 motion for extension of time until September 30, 2020, to file her opening brief. We **GRANT** the motion to the extent that we extend the time for appellant to file her brief to **June 2, 2020**.

/s/    KEN MOLBERG
        JUSTICE